```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

 CHRISTIAN ERIBERTO ENCALADA PILLCO,

                   Petitioner,                    ORDER
                                                  26-CV-770 (EK)

          -against-

 KENNETH GENALO, N.Y. Director,
 Enforcement and Removal Operations,
 U.S. Immigrations and Customs
 Enforcement et al.,

                   Respondents.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

        Christian Eriberto Encalada Pillco petitions for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  He asserts that he is being wrongfully detained by Respondents pursuant to 8 U.S.C. § 1225(b)(2)(A) and, accordingly, has been denied the bond determination to which he is entitled under 8 U.S.C. § 1226(a).  *See* Am. Pet. ¶¶ 52-56, ECF No. 6.  Encalada Pillco's petition is conditionally granted, for substantially the same reasons articulated in the Court's November 18, 2025 order in *Sarmiento Guerrero v. Noem*, --- F. Supp. 3d --- (E.D.N.Y. 2025), as Respondents have not, on this Court's reading, persuasively distinguished that case or cited binding authority to the contrary.  Respondents are directed, on or before March 4, 2026, either to afford Encalada Pillco a bond hearing that

complies with federal laws and regulations or to release him. *See Guartazaca Sumba v. Crowley*, No. 25-CV-13034, 2025 WL 3126512, at *5 (N.D. Ill. Nov. 9, 2025).

The parties are directed to file a status report on or before March 5 that addresses Encalada Pillco's release status in accordance with the foregoing.

SO ORDERED.

                                                   /s/ Eric Komitee
                                                   ERIC KOMITEE
                                                   United States District Judge

Dated:    February 25, 2026
            Brooklyn, New York